FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUL 26 PM 3: 38

CLERK J. Hodge
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-MJ-39 |
| | ) | |
| DARRYL HUNTLEY | ) | |
| | ) | |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled complaint, and referenced affidavit, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 26th day of July 2019.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia