UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-MJ-39 |
| | ) | |
| DARRYL HUNTLEY | ) | |
| | ) | |

## O R D E R

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled case, including complaint, referenced affidavit, and associated documents be unsealed.

So ORDERED this 7th day of August 2019.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia